MORRISON, Respondent, v. BROOKLYN CITY R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1900.) Action by James M. Morrison, by Annie Morrison, his guardian ad litem, against the Brooklyn City Railroad Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

MURGATROYD, Respondent, v. TOWN OF HEMPSTEAD GAS & ELECTRIC LIGHT CO., Appellant (two cases). (Supreme Court, Appellate Division, Second Department. May 29, 1900.) Actions by William Murgatroyd and Annie Murgatroyd against the town of Hempstead Gas & Electric Light Company. No opinion. Motion for reargument denied. See 64 N. Y. Supp. 1144.

MURPHY et al., Respondents, v. NEW YORK & O. R. CO., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Jeremiah P. Murphy, John L. Murphy, and Julia Murphy Martin against the New York & Ottawa Railroad Company.

PER CURIAM. Judgment affirmed, with costs. All concur, except KELLOGG, J., dissenting.

MUTUAL LIFE INS. CO. OF NEW YORK, Respondent, v. YATES COUNTY NAT. BANK OF PENN YAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by the Mutual Life Insurance Company of New York against the Yates County National Bank of Penn Yan, impleaded, etc.

PER CURIAM. It appearing to the satisfaction of a majority of this court that two of its members are disqualified from sitting in this case by reason of the fact that they are policy holders in the plaintiff company, it is hereby directed that the case be certified to the Third judicial department, in accordance with section 231 of the Code of Civil Procedure. See 54 N. Y. Supp. 743.

NEW YORK ROOFING CO., Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by the New York Roofing Company against James B. Smith and others. J. F. Miller, for appellants. T. Baumeister, for respondent. No opinion. Judgment affirmed, with costs.

NIELSEN, Respondent, v. NORWEGIAN AMERICAN SEAMEN'S ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) Action by Emil Nielsen against the Norwegian American Seamen's Association. No opinion. Judgment of the municipal court affirmed, with costs. See 62 N. Y. Supp. 1142.

NORTHRUP et al., Respondents, v. CHENEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Edwin R. Northrup and Rosello Vanderwerker against Edward ·D. Cheney and Edward W. Cheney. No opinion. Judgment and order affirmed, with costs. See· 50 N. Y. Supp. 389.

OBERSTEIN et al., Respondents, v. DIACK, Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by Abraham Oberstein and another against Susan M. Diack. From a judgment in favor of the plaintiffs, defendant appeals. Reversed. Charles M. Morgan & Son, for appellant. Leon Sanders, for respondents.

PER CURIAM. From the judgment it seems that the justice found $200 a fair charge for the services claimed to have been rendered for defendant. The evidence does not warrant the finding, as there is no evidence of the value of the wife's interest in the policy. From the evidence it is not clear that the services were rendered for the defendant. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

In re O'BRIEN. (Supreme Court, Appellate Division, First Department. June 22, 1900.) In the matter of Ellen O'Brien, deceased. No opinion. Motion denied upon payment of $10 costs.

O'SULLIVAN v. DEVLIN. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by Thomas J. O'Sullivan against Michael Devlin. No opinion. Motion denied. See 63 N. Y. Supp. 475.

In re OTTERSON. (Supreme Court, Appellate Division, First Department. May 25, 1900.) In the matter of Marie Otterson, as administratrix. J. F. Miller, for administratrix. J. H. Miller, opposed. No opinion. Order affirmed, with $10 costs and disbursements.

PAYNE, Respondent, v. ROUSS, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1900.) Action by A. Parke Payne against Charles Broadway Rouss. No opinion. Motion for leave to appeal to the court of appeals denied. See 61 N. Y. Supp. 705.

PEOPLE, Respondent, v. HOLMES, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Proceeding by the people of the state of New York against Russell E. Holmes. No opinion. Judgment and order affirmed, with costs. See 52 N. Y. Supp. 939; 54 N. Y. Supp. 1111.

PEOPLE, Respondent, v. MERCANTILE CO-OP. BANK, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1900.) Action by the people of the state of New York against the Mercantile Co-operative Bank. No opinion. Transferred to the First department.